**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON REHEARING

Appellate case name:       R3build Construction Services, LLC v. Brian Drayden and Debraeyia Drayden

Appellate case number:    01-20-00144-CV

Trial court case number:  1093009

Trial court:                        County Civil Court at Law No. 3 of Harris County, Texas

Appellant, R3build Construction Services, LLC, has filed a "Motion to Reinstate and/or Extend Time to File Brief." Appellant requests an extension of time to file its appellate brief and "that this matter be reinstated or that any dismissal be vacated." We **grant** appellant's request for rehearing, withdraw our June 18, 2020 opinion and judgment, and reinstate this case on the Court's active docket. *See Twenty-Sixth Emergency Order Regarding The COVID-19 State of Disaster*, Misc. Docket No. 20-9112 (Tex. September 18, 2020), *available at* https://www.txcourts.gov/media/1449738/209112.pdf (last visited September 28, 2020).

We ORDER appellant, **within 15 days of the date of this order**, to provide written evidence **from the trial court clerk** showing that it has paid or made arrangements to pay for the preparation of the clerk's record, or the appeal will be dismissed. *See* TEX. R. APP. P. 35.3(a)(2), 37.3(b).

Absent extraordinary circumstances, no extensions of time for providing proof of payment for the clerk's record will be granted.

We dismiss appellant's request for an extension of time to file its brief. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                      Acting for the Court

Panel consists of Justices Goodman, Landau, and Countiss.

Date: October 13, 2020